DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIUS F. ROCKER, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3050

[December 19, 2019]

Appeal or order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502009CF010846A.

Julius F. Rocker, III, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***